
FILED
CLERK, U.S. DISTRICT COURT
NOV 19 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK ANTHONY SALAZAR,<br><br>Defendant. | Case No. 19-MJ-4867<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On November 15, 2019, Defendant made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of Nevada on November 5, 2019. Deputy Federal Public Defender ("DFPD") Richard Rowe was appointed to represent Defendant and DFPD Craig Harbaugh specially appeared for Mr. Rowe. At Defendant's request, a detention hearing was continued to November 19, 2019.

At the November 19, 2019 detention hearing, defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition: defendant is charged with associating with persons engaged in criminal activity, failing to report for substance abuse treatment on various dates throughout June, July, August and September 2019, and failing to report for mental health treatment on various dates during the period January to September 2019, and admission regarding the use of methamphetamine.
> ☒ no available sureties
> ☒ unverified background information

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition (see above)

2

☒ criminal history

☒ history of substance abuse

☒ history of parole violations

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the District of Nevada forthwith.

Dated: November 19, 2019

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE